1024

[No. 66748-3-I.   Division One.   July 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER ANDREW RUNCHEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-02211-7, Ellen J. Fair, J., entered February 22, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Grosse and Cox, JJ.

[No. 66759-9-I.   Division One.   July 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY EUGENE RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-04360-4, Ronald Kessler, J., entered January 25, 2011. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Spearman, A.C.J., and Dwyer, J.

[No. 66794-7-I.   Division One.   July 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MARY KAY DYER, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 10-1-00814-7, Steven J. Mura, J., entered February 10, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Dwyer, JJ.

[No. 66817-0-I.   Division One.   July 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM L. FINDLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-00475-7, Jim Rogers, J., entered February 14, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, C.J., and Grosse, J.